CO-386
Rev. 10/03

**FILED**

SEP 14 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Southern Growers, Inc. )
) Plaintiff )
)
v. )
)
Anne Veneman, )
ET AL     Defendant )
)

CASE NUMBER  1:05CV01821

JUDGE: Paul L. Friedman

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 09/14/2005

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for __Southern Growers, Inc (SGI)__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __SGI__, which have any outstanding securities in the hands of the public. __None__

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

#379277
Bar Identification Number

Bobby Henry
Print Name

533 Gresham Place NW
Address

Washington, D.C.
City            State        Zip

202 319 0955
Telephone Number

3