IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN GROWERS, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civ. No. 05-1821 (JR) |
| v. ) | |
| ) | |
| ANN VENEMAN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The court construes the complaint to raise only official capacity claims and pursuant to Federal Rule of Civil Procedure 12(b)(1) dismisses Mr. Burrell's claims and SGI's injunctive-relief, credit-discrimination declaratory-judgment, and Equal Credit Opportunity Act declaratory-judgment claims. Also, the court dismisses SGI's Title VI and Fifth Amendment (equal-protection-component-based-retaliation) claims for declaratory relief pursuant to Federal Rule of Civil Procedure 12(b)(6).

SO ORDERED.

ENTERED: November __ , 2005

_____
JUDGE JAMES ROBERTSON
United States District Court for the
District of Columbia

cc:   MICHAEL SITCOV
      JUSTIN M. SANDBERG

1

Attorneys
United States Department of Justice
Civil Division, Rm. 7224
20 Massachusetts Ave., N.W.
Washington, D.C.  20530

Bobby George Henry, Jr.
Henry & Associates
9701 Apollo Drive
Suite 100
Largo, MD 20774