UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SOUTHERN GROWERS, INC. and
MR. TOM BURRELL                                                PLAINTIFF

Vs.                CASE # 1; 05 CV 01 821 JR

COACH PERKINS and RAYMOND PERKINS   Pro-Se        DEFENDANTS
All Defendants named attached to
back with the Certificate of service.

Motion for Dismissal and/or Change of Venue.

These Motions is Timely pur. Moore's Federal Rule 6(a).

Reason:
Plaintiff Burrell has failed to state a Claim as follows:

1. Defendant Raymond Perkins states Mr. Burrell issues of what Raymond P. did Aug., Sept of 2002 in pargraph 36 of pg. 9 is False and out of the one (1yr.) year statute of Limitations, these issues was filed in the Tipton Co. Cir. Court originally Dec. 31, 2003 Docket # 5828 against both Raymond & (Coach Perkins pargraph 34 of pg. 9).

2. Through Counsel Atty. Finney both Perkins was Present in the Tipton Co. Cir. Court when Mr. Burrell chose to Voluntary (Dismissal) Dismiss

Pg. 1 of 4

these Claims," R.D. No. 5828 Jan. 18 2005," Copy inclosed"; and Chose not/failed to presue these Issues/Claims as required by the Rules of State Court,," Mr. Burrell is getting or attempting two (2) Bites at the Same Apple (at the same time),, plus the Joint Local Rules/U.S. District Court Rule 15 holds a Civil Action(s) can be Dismissed if the moving party has filed (failed to comply) nothing in one (1) year,, ,,,

3. Where this Lawsuit No. 5828 was originally filed Dec. 31, 2003,, Mr. Burrell refused to comply with Atty. Finney's "1-731-424-2151" reasonable requests of taking Depositions in Defendant Coach Perkins' Counter Complaint of Jun. 24-2004 for almost a year "the Depositions was finally taken Oct. 5-2005," violating Moore's Fed. Rule 26 + CR 32., + above Rule 15.

4. Defendant Coach Perkins States the Counter Claim filed Jun. 24, 2004 Atty. Finney Counselor of Record is still Pending in the Tipton Co. Cir. Court #5828 and Mr. Burrell failed to relitigate/readdress the issues/claims in Coach Perkins' Counter Complaint of Jun. 24-2004 "Cover Page inclosed", Mr. Burrell Chose to presue the Same issue/claims of the Notice of Voluntary Dismissal, the rule(s) holds that a Case MUST be Active in Order to Move the claims from State to Federal Court Mr. Burrell' actions is in direct Violations title 28 USC 1441 (a).,, + (b).

5. Def.s Coach,, Raymond Perkins both states that Mr. Burrell regenerated this Lawsuit in order to mislead this Honorable Court and to bring an Undue Hardship up-on the Perkins,, Mr. Coach Perkins is seventy-one (71yrs) old owe USDA Mr. Tippit "901-465-1447 EX.12" over a Hundred Thousand dollars,,, We are Indigent toward traveling, Legal representation and Complying with the Washington D.C. Fed. Ct. Rules + Procedures the FSA Defendants (names Attach to Back) can Respond with-in the Federal Cts of their areas,, this Honorable Ct has the Power pur. Moore's Fed Rule 12.11(a), (b) and <u>Lambert vs. Kysar</u>, 983 F.2d 1110 (1st Cir. 1993) to Dismiss and/or Change the Venue to Shelby Co. Memphis Tn./Madison Co. Jackson Tn. Federal Courts.

6. Giving reference to the Facts, Rules and Case Laws of this Pleading/Motions Mr. Burrell has failed to State a Claim of relief and his Lawsuit is Meritless, see: <u>Herron V. Jupiter</u>,, 858 F.2d 332 (6th Cir. 1988),, With the issues being Dismissed "Jan 18 05" Mr. Burrell Improperly moves this case to the Fed. level see: 28 USC 1441 (a), (b),,, <u>Nation wide Vs. Thomas</u>,, 837 F.2d 345 (8th Cir. 1988) and Moore's Fed. Rule 81.5.

7. I am Not a Lawyer and my Name is Ray Perkins NOT Raymond Perkins as Mr. Burrell has Named me Ch. Ad. Name Change my Name to Ray Perkins Address 203 6th St. Fulton Ky. 42041, 1-270-472-5699, I was served the Summon under the Address with the name Raymond Perkins.

Pg. 4.

8. These Motions/Pleadings was Done by Ray Perkins I am Not a Lawyer, I am Mr. Coach Perkins oldest son and do have his Permission to speak and make Decision in his behalf because Mr. Coach P. can-not Read and barely can sign his Name,, I (Ray) took the Liberty to separate our Issues and after a review by this Honorable Court we are Requesting separate orders be Issued or However the Court/Judge desides and mail Ray (Raymond) Perkins' order to the address of #7 or below

C.C. Filed Nov. 15th 2005.

Respectfully submitted/Requested

_Coach Perkins_        _Ray Perkins_
Mr. Coach Perkins, Pro-Se      Ray (Raymond) Perkins
2760 Westfork Rd.              203 6th St.
Grand Jct. TN. 38039           Fulton Ky. 42041
1-731-764-2898                 1-270-472-5699

Certificate of Service

I hereby Certify that a Copy of the foregoing Motions for Dismissal and/or Change of Venue has been mailed to Plaintiff's Attorney Tom Burrell + Southern Growers Inc. Atty. Bobby Henry Jr. 533 Gresham Place N.W. Washington D.C. 20001, and other Defendants Named(s) Attached to back within this Complaint on the 15th day of Nov. 2005

Ray Perkins Pro-Se
Ray Perkins