UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SOUTHERN GROWERS, INC.      :
387 Hwy 70 West
Mason, Tennessee 38049      :

    and      :

THOMAS BURRELL      :
7616 Chapel Creek Park, North
Cordova, Tennessee 38016      :

        Plaintiffs,      :

  vs.      :

ANN M. VENEMAN, Secretary      :      JURY TRIAL REQUESTED
THE UNITED STATES
DEPARTMENT OF AGRICULTURE      :
14th and Independence Avenue, SW      :
Washington, D. C. 20250      :

JAMES LITTLE, USDA Farm Service      :
Agency Administrator,
14th and Independence Avenue, SW      :
Washington, D.C. 20250

              :

LINDA BARNES
FSA County Supervisor      :
512 Mulberry Street
Selma, Tennessee 38375      :

JAMES SANDERS
Coordinator-Tennessee      :
Rural Development
85 G. StoneBrook Place,      :
W Town Commons
Jackson, Tennessee 38805      :

Frank Rogers
FSA Loan Program Specialists
Room 531
U S Court House Bldg.
801 Broadway
Nashville, Tennessee 37203

L. V. Jackson
Tipton County UT Extension Office
201 W. Washington Street
Covington, Tennessee 38019

MARVIN SANDERLIN
880 Joe Sanderlin Road
Stanton, Tennessee 38069

COACH PERKINS
2760 Westfork Road
Grand Junction, Tennessee 38039

RAY 270 472 5699
RAYMOND PERKINS
2760 Westfork Road   203 6th st.
Grand Junction, Tennessee 38039   Fulton KY 42041

BERRY WRIGHT
1020 Highway 179
Covington, Tennessee 38019

PEGGY HAMLETT
605 Airway Blvd.
Jackson, Tennessee   38301

## COMPLAINT
(FOR DECLARATORY JUDGMENT, VIOLATIONS OF EQUAL CREDIT OPPORTUNITY ACT, VIOLATIONS OF TITLE VI OF CIVIL RIGHTS ACT OF 1964, US CONSTITUTION, CONTRACT INTERFERENCE AND OTHER RELIEF)

2

901-475-3320 

# IN THE CIRCUIT COURT OF TIPTON COUNTY, TENNESSEE AT COVINGTON

| | |
|---|---|
| THOMAS BURRELL and SOUTHERN GROWERS, INC., Plaintiffs/Counter-Defendants, vs. COACH PERKINS, RAYMOND PERKINS, Defendants/Counter-Plaintiffs, and L.V. JACKSON, BERRY WRIGHT, Defendants. | FILED JUN 2 4 2004 NO. 5828 JURY DEMAND |

## ANSWER AND COUNTER-COMPLAINT OF COACH PERKINS AND RAYMOND PERKINS, DEFENDANTS AND COUNTER-PLAINTIFF

COME NOW, Defendants, Coach Perkins and Ray Perkins, by and through their attorney of record, Lowe Finney, and hereby answer the Complaint filed in this action as follows:

1. Defendants are without sufficient information as to the accuracy of Paragraph 1 and demand strict proof thereof.

2. Defendants are without sufficient information as to the allegations contained in Paragraph 2 and, therefore, deny same and demand strict proof thereof.

3. The allegations contained in Paragraph 3 are admitted.

4. The allegations contained in Paragraph 4 are admitted.

5. Defendants are without sufficient information as to the allegations contained in Paragraph 5 and, therefore, deny same and demand strict proof thereof.

6. Defendants are without sufficient information as to the allegations contained in Paragraph

1 Answer and Counter-Complaint

901-475-3320

IN THE CIRCUIT COURT OF TIPTON COUNTY, TENNESSEE
CIVIL DIVISION

12-31-2003
original

THOMAS BURRELL AND SOUTHERN )
GROWERS, INC. )
)
Plaintiffs/Counter - Defendants )
)
VS. ) R.D. No. 5828
)
)
COACH PERKINS, RAYMONS PERKINS )
Defendants/Counter Plaintiffs, and )
L.V. JACKSON, BERRY WRIGHT, AND )
PEGGY HAMLETT )
)
Defendants. )

FILED
JAN 1 8 2005
MIKE FORBESS, CLERK

COPY

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff/Counter-Defendants, Thomas Burrell and Southern Growers, Inc., by and through counsel pursuant to Rule 41.01 of the Tennessee Rules of Civil Procedure, hereby gives notice that this cause is voluntarily dismissed without prejudice, with the costs taxed to the Plaintiff/Counter-Defendants, for which execution may issue, if necessary.

Respectfully Submitted,

_Hewitt Chatman_
HEWITT CHATMAN  #022372
300 North Highland Avenue
Jackson, TN 38301
(731) 422-6895
Counsel for Plaintiff/Counter-Defendants
Thomas Burrell and Southern Growers, Inc.

*Tipton Co. Circuit Court*
*# 5828 originally filed*
*1-901-475-3320*

## CERTIFICATE OF SERVICE

I, Thomas Burrell, Pro Se, do hereby certify that I have this date forwarded a copy of this foregoing instrument to Coach Perkins, Raymond Perkins, L. V. Jackson, Berry Wright and Peggy Hamlett, Defendants by depositing the same in the U.S. Mail, this __31st__ day of __December__, 2003.

_T. Burrell_
Thomas Burrell

7

AUTHORIZATION FOR REVIEWING MR.COACH (RALPH)
PERKINS RECORDS....

$$$$    TO WHOM IT CONCERNS  U.S. District Court Washington D.C.

    I Coach ( Ralph ) Perkins Authorized My son  R.Ray Perkins with Permission to Review Any and all My Records with-in Any and All Federal ,State Government ( U.S.D.A. File # 48035 ) / Lawyers & Courts Offices from the Date of Aug. 2002 until the present Date of Nov. 15th.05, with My (Mr.Perkins) permission for R.Ray Perkins to act as MY POWER of ATTORENY to sign My name and Discuss Any and All Items of Business " even the I.R.S." with Me Present or not.

COACH Perkins
S.S.# , 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
Ph. # , 1-731-764-2898,
2760 Westfork Road,
Grand Junction Tenn. 38039

Ray Perkins (son)
1-270-472-5699

SINCERLY,,THANK YOU,,,

Coach Perkins