UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN GROWERS, INC. and THOMAS BURRELL <br><br> Plaintiffs, <br><br> v. <br><br> ANN M. VENEMAN, Secretary, THE UNITED STATES DEPARTMENT OF AGRICULTURE, JAMES LITTLE, LINDA BARNES, JAMES SANDERS, FRANK ROERS, L.V. JACKSON, MARVIN SANDERLIN, COACH PERKINS, RAYMOND PERKINS, BERRY WRIGHT, and PEGGY HAMLETT, <br><br> Defendants. | NO. 1:05CV01821 |

## MOTION OF DEFENDANT PEGGY HAMLETT FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Peggy Hamlett, appearing *in propria persona*, and without waiving any defense she may have to the Complaint, including lack of *in personam* jurisdiction, moves this Court, pursuant to Fed. Rule Civ. P. 6(b), for an extension of time in which to file responsive pleadings for an additional twenty days. In support of her Motion, Defendant alleges and says:

1. The undersigned is appearing *in propria persona*. She will need additional time in which to secure counsel to file responsive pleadings on her behalf.

2. The undersigned received the Complaint on December 12, making her responsive pleadings due on January 2. With the intervening holidays it is unlikely counsel can be in a position to file responsive pleadings by January 2. The undersigned therefore requests an additional twenty days, up to and including January 23, in which to file her responsive pleadings.

3. Plaintiff's counsel has been contacted by the Office of the General Counsel, The

RECEIVED
DEC 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

University of Tennessee (the undersigned is an employee of the University of Tennessee) and Plaintiff's counsel has stated he has no objection to this extension of time.

WHEREFORE, Defendant prays for an extension of time to and including January 23, in which to file responsive pleadings. A copy of the proposed Order is attached.

Respectfully submitted this ____ day of December, 2005.

*Peggy Hamlett*
Peggy Hamlett
605 Airway Blvd.
Jackson, TN 38301

*In propria persona*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time has been served, this ____ day of December, 2005, upon:

Bobby G. Henry, Jr.
Henry & Associates
533 Gresham Place, N.W.
Washington, D.C. 20001
**Counsel for Plaintiff**

Justin M. Sandberg
Michael Sitcov
United States Department of Justice
Civil Division, Rm 7224
20 Massachusetts Ave., N.W.
Washington, D.C. 20530
**Counsel for Defendants Ann M. Veneman, James Little,**
**Linda Barnes, James Sanders and Frank Rogers**

Raymond Perkins, **Defendant**, *Pro Se*
203 6th St.
Fulton, KY 42041

Coach Perkins, **Defendant**, *Pro Se*
2760 Westfork Rd.
Grand Junction, TN 38039

L. V. Jackson, **Defendant**
Tipton Co. Extension Office
201 W. Washington St.
Covington, TN 38019

Marvin Sanderlin, **Defendant**
880 Joe Sanderlin Road
Stanton, TN 38069

Berry Wright, **Defendant**
1020 Hwy. 179
Covington, Tn 38019

*Peggy Hamlett*
Peggy Hamlett, *In propria persona*