## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **SOUTHERN GROWERS, INC. and**<br>**THOMAS BURRELL** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | |
| **ANN M. VENEMAN, Secretary, THE UNITED**<br>**STATES DEPARTMENT OF**<br>**AGRICULTURE, JAMES LITTLE, LINDA**<br>**BARNES, JAMES SANDERS, FRANK**<br>**ROERS, L.V. JACKSON, MARVIN**<br>**SANDERLIN, COACH PERKINS, RAYMOND**<br>**PERKINS, BERRY WRIGHT, and PEGGY**<br>**HAMLETT,** | ) ) ) ) ) ) ) ) | **NO. 1:05CV01821** |
| **Defendants.** | ) | |

### ORDER GRANTING EXTENSION OF TIME
### TO FILE RESPONSIVE PLEADINGS

Defendant, Peggy Hamlett, without waiving any defense she may have to the Complaint, has

filed a Motion for Extension of Time in which to file responsive pleadings. It appears from the

Motion that the Plaintiff's counsel does not object to the Motion. For good cause shown, the Motion

is GRANTED and Defendant Peggy Hamlett is allowed to and including January 23, 2006, in which

to file responsive pleadings to the Complaint.

Enter this ___ day of December, 2005.


_____

United States District Court Judge