TO: Atty. Bobby Henry Jr.
533 Gresham Place NW
Washington D.C. 20001
                12-23-2005

202-354-3000
TO: Ms. Chipley
Court clerk
U.S. District ct. D.C.
333 Constitution Ave. NW,
Washington D.C. 20001

1 pg. No cover sheet

INRE; Notice of Name + Address Change
Tom Burell & G.I. Vs R. Perkins

Case # 1:05 CV 01821

Ms. Chipley I am Request a Status Report within this case # above:

I am making the Court and the above Attorney aware of my Name and New Address:

Old Add: The Lawsuit has me filed as Raymond Perkins 2760 West fork Rd. Grand Jct. Tw. 38039.

New Add: My Name is R. Ray Perkins, 203 6th St. Fulton Ky. 42041 Mess. Ph. 270-472-5699

I am Requesting that All Notices, Pleadings ect., by Both Above offices be Direct to the New Name + Address. I have Recieved no Pleadings
C.C.
                    Sincerly Thanks
                    R. Ray Perkins
                    203 6th. St.
Happy Holidays!!    Fulton Ky. 42041