Marvin Sanderlin
880 Joe Sanderlin Road
Stanton, TN 38069
December 27, 2005

Nancy Mayer-Whittington
Clerk of Court
Clerk's Office
United States District Court
 for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Pertaining to:

Case No. 1:05CV01821 JR

Southern Growers, Inc. and Thomas Burrell......................Plaintiffs

vs.

Ann M. Veneman; James Little; Linda Barnes; James Sanders; Frank Rogers; L. V. Jackson; Marvin Sanderlin; Coach Perkins; Raymond Perkins; Berry Wright; Peggy Hamlett
....................................................................................Defendants

Comes the so-named defendant, Marvin Sanderlin, to make response to this honorable court in regards to Case No. 1:05CV01821, wherein the Plaintiff Southern Growers, Incorporated (SGI) and Thomas Burrell allege discrimination and retaliation by this current defendant, in particular, that I "conspir[ed] and interfer[ed] with plaintiff's federal grant and contract to plant sweet potatoes" (Nature of the Case, page 3); and further alleges that I "without the knowledge of Thomas Burrell, withdrew $15,000 from SGI account . . . for Sanderlin's personal use (item 22, page 7); and further alleges that I "aided and conspired . . . to delay loans and credit to SGI members, SGI and interfered, obstructed SGI's contract with Coach Perkins" (item 41, page 10); and further alleges that "Defendant's acts of interfering and obstructing plaintiffs contract, denying and delaying grants and credit to plaintiffs was retaliatory and racially discriminatory and were not authorized nor justified by any statue, regulation and thus constitutes arbitrary, capricious and unlawful action" (item 50, page 12); and further alleges that "Defendants' acts of interfering with plaintiff's contract, denying loans, Credit and other benefits was retaliatory and racially discriminatory and contrary to the requirement of such [Equal Credit Opportunity Act] Act (item 53, page 12); and further alleges that "Defendant's acts constitute a violation of Title VI of the Civil Rights Act of 1964, 42 U.S.C. 2000d and the Fifth Amendment to the Constitution" (item 56, page 13).
    This current defendant denies all allegations of discrimination, retaliation, conspiracy, interference, obstruction, delay, and denial pertaining to grants, contracts, loans, credit, and benefits having occurred between these parties named above.

RECEIVED
DEC 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT