IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SOUTHERN GROWERS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civ. No. 05-1821 (JR) |
| v. | ) | |
| | ) | |
| | ) | |
| ANN VENEMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR PARTIAL DISMISSAL**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Peggy Hamlett respectfully move this Court to dismiss Count III in toto and Counts I, II, and IV in part. The attached memorandum sets forth more fully the grounds for this motion.

| | |
|---|---|
| Dated: January 23, 2006 | Respectfully submitted, |
| | |
| | PETER D. KEISLER |
| OF COUNSEL: | Assistant Attorney General |
| | |
| RON WALKOW | ROSCOE C. HOWARD, JR. |
| RICK GIBSON | United States Attorney |
| Attorneys | |
| | |
| United States Department | s/ Justin M. Sandberg |
| of Agriculture | MICHAEL SITCOV |
| | (D.C. Bar # 308692) |
| | JUSTIN M. SANDBERG |
| | (Ill. Bar # 6278377) |
| | Attorneys |
| | United States Department of Justice |
| | Civil Division, Rm. 7224 |
| | 20 Massachusetts Ave., N.W. |
| | Washington, D.C. 20530 |
| | Telephone: (202) 514-3489 |
| | Fax: (202) 616-8202 |
| | |
| | <u>Counsel for Defendant</u> |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN GROWERS, INC., et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civ. No. 05-1821 (JR) |
| ANN VENEMAN, et al., | ) |
| Defendants. | ) |

**MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL DISMISSAL**

Peggy Hamlett adopts the arguments made in the memorandum in support of the motion for partial dismissal filed by the other government defendants, Doc. No. 4, Memorandum in Support of Motion For Partial Dismissal, November 14, 2005, with one exception: Ms. Hamlett was personally served and so does not adopt the lack-of-personal-service argument made in the memorandum filed by the other government defendants, see id. at 6.

1

| | |
|---|---|
| Dated: January 23, 2006 | Respectfully submitted, |
| | |
| | PETER D. KEISLER |
| OF COUNSEL: | Assistant Attorney General |
| | |
| RON WALKOW | ROSCOE C. HOWARD, JR. |
| RICK GIBSON | United States Attorney |
| Attorneys | |
| | |
| United States Department | s/ Justin M. Sandberg |
| of Agriculture | MICHAEL SITCOV |
| | (D.C. Bar # 308692) |
| | JUSTIN M. SANDBERG |
| | (Ill. Bar # 6278377) |
| | Attorneys |
| | United States Department of Justice |
| | Civil Division, Rm. 7224 |
| | 20 Massachusetts Ave., N.W. |
| | Washington, D.C.  20530 |
| | Telephone:  (202) 514-3489 |
| | Fax: (202) 616-8202 |
| | |
| | Counsel for Defendant |