IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SOUTHERN GROWERS, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civ. No. 05-1821 (JR) |
| v. | ) | |
| | ) | |
| | ) | |
| ANN VENEMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Court construes the complaint to raise only official capacity claims and pursuant to Federal Rule of Civil Procedure 12(b)(1) dismisses Mr. Burrell's claims and SGI's injunctive-relief, credit-discrimination declaratory-judgment, and Equal Credit Opportunity Act declaratory-judgment claims. Also, the court dismisses SGI's Title VI and Fifth Amendment (equal-protection-component-based-retaliation) claims for declaratory relief pursuant to Federal Rule of Civil Procedure 12(b)(6).

SO ORDERED.

ENTERED: January __ , 2006

_____
JUDGE JAMES ROBERTSON
United States District Court for the
District of Columbia

cc: MICHAEL SITCOV
JUSTIN M. SANDBERG
Attorneys
United States Department of Justice
Civil Division, Rm. 7224
20 Massachusetts Ave., N.W.
Washington, D.C.  20530

BOBBY GEORGE HENRY, JR.
Henry & Associates
9701 Apollo Drive
Suite 100
Largo, MD 20774