IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN GROWERS, INC., et al.,     ) | |
|                             ) | |
|     Plaintiffs,     ) | |
|                             ) | Civ. No. 05-1821 (JR) |
| v.     ) | |
| ANN VENEMAN, et al.,     ) | |
|     Defendants.     ) | |

## NOTICE OF FILING

In their motion to dismiss, the government defendants argued that Linda Barnes had not been personally served. She has since been personally served within the time frame provided by Federal Rule of Civil Procedure 4(m).

| | |
|---|---|
| Dated: January 23, 2006 | Respectfully submitted, |
| | |
| | PETER D. KEISLER |
| OF COUNSEL: | Assistant Attorney General |
| | |
| RON WALKOW | ROSCOE C. HOWARD, JR. |
| RICK GIBSON | United States Attorney |
| Attorneys | |
| | |
| United States Department | s/ Justin M. Sandberg |
| of Agriculture | MICHAEL SITCOV |
| | (D.C. Bar # 308692) |
| | JUSTIN M. SANDBERG |
| | (Ill. Bar # 6278377) |
| | Attorneys |
| | United States Department of Justice |
| | Civil Division, Rm. 7224 |
| | 20 Massachusetts Ave., N.W. |
| | Washington, D.C. 20530 |
| | Telephone: (202) 514-3489 |
| | Fax: (202) 616-8202 |
| | |
| | Counsel for Defendant |