UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOUTHERN GROWERS, INC., *et al.*,    :
        Plaintiffs,    :
   v.    :    Civil Action No. 05-1821 (JR)
ANN M. VENEMAN, *et al.*,    :
        Defendants.    :

## ORDER

For the reasons stated in the accompanying memorandum, the motion of defendants Linda Barnes, James Sanders, Frank Rogers, Ann M. Veneman, and James Little to dismiss [4] is **granted in part**, the motion of defendant Raymond Perkins and Coach Perkins to dismiss [5] is **granted**, and the motion of defendant Peggy Hamlett to dismiss [14] is **granted**. All claims except Count I and the APA claim in Count II, and all defendants except the Secretary of Agriculture, **are dismissed**. Proceedings on Count I and the APA claim in Count II are **stayed** pending further order of the court.

                                        JAMES ROBERTSON
                            United States District Judge