IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Action No. 05-1821 (JR)

| | |
|---|---|
| SOUTHERN GROWERS, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil No. 05-1821 (JR) |
| v. ) | |
| ) | |
| ) | |
| ANN M. VENEMAN, et al., ) | Notice of Appeal |
| ) | |
| Defendants. ) | |

   Notice is hereby given that Southern Growers, Inc. and Thomas Burrell, (plaintiffs); Ann Veneman, James Little, Linda Barnes, James Sanders, Frank Rogers, L.V. Jackson, Marvin Sanderlin, Coach Perkins, Raymond Perkins, Berry Wright and Peggy Hamlett, (defendants) in the above named case hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from an order (defendants' motions to Dismiss) of Judge James Robertson, United States District Judge entered in this action on the 4 day of August 2006.

_/s/ Thomas Burrell_
Southern Growers, Inc.,
President

_/s/ Thomas Burrell_
Thomas Burrell
7616 Chapel Creek Park, North
Cordova, Tennessee 38016

RECEIVED

SEP - 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT