# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5273**                                     **September Term, 2006**

05cv01821

Filed On: January 11, 2007

[1015770]
Southern Growers, Inc. and Thomas Burrell,
    Appellants

v.

Michael Johanns, Secretary, United States
Department of Agriculture, et al.,
    Appellees

**FILED**

SEP 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

### O R D E R

    Upon consideration of the motion to dismiss appeal for lack of jurisdiction, the court's order to show cause filed December 11, 2006, and the response thereto, which requests voluntary dismissal of the appeal without prejudice, it is

    **ORDERED** that the order to show cause be discharged.  It is

    **FURTHER ORDERED** that the motion to dismiss be granted.

    The Clerk is directed to transmit forthwith a certified copy of this order to the district court in lieu of formal mandate.

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Mark Butler
Deputy Clerk